AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF DELAWARE _____

UNITED STATES OF AMERICA

v.

LEWIS THURSTON
aka Louis Dyson

CRIMINAL COMPLAINT

CASE NUMBER: 05- 113M

REDACTED

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about September 1, 2005, in New Castle County, in the District of Delaware, defendant did,

knowingly transfer, without lawful authority, a means of identification of another person, with the intent to commit and to aid and abet unlawful activity constituting a violation of federal law, to wit, a false statement in an application for a passport (a violation of Title 18 United States Code Section 1542)

in violation of Title 18 United States Code, Sections 1028(a)(7) and (b)(1)(A) & (D), and

I further state that I am a(n) Special Agent of the Department of State Diplomatic Security Service and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof:   X  YES  ___NO

Signature of Complainant
Stephen Nagy
Special Agent
Department of State Diplomatic Security Service

Sworn to before me and subscribed in my presence,

Sept. 2, 2005                    at    Wilmington, Delaware
Date                                    City and State

United States District Court Judge
District of Delaware
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

I, Stephen Nagy, a Special Agent of the Department of State Diplomatic Security Service, having duly sworn, do hereby swear and affirm the following facts as being true to the best of my knowledge and belief:

1. This affidavit is made in support of an application for a Criminal Complaint against Lewis Thurston a/k/a Louis Dyson to for violation of Title 18 United States Code, Section 1028 (a)(7) and (b)(1)(A) & (D) (a knowing transfer, without lawful authority, of a means of identification of another person, with the intent to commit, or to aid or abet, any unlawful activity that constitutes a violation of federal law, specifically the making of a false statement in an application for a passport, a violation of Title 18, United States Code, Section 1542).

2. I am employed as a Special Agent of the Diplomatic Security Service, having been so employed by the U.S. Department of State since April of 2003. I am presently assigned to the Washington Field Office in Dunn Loring, VA. I am a graduate of the Criminal Investigative Training Program at the Federal Law Enforcement Training Center in Glynco, GA, and I have received additional training from the U.S. Department of State in conducting criminal investigations in regards to passport and visa fraud.

3. This affidavit is for the purpose of securing probable cause. Therefore, I have not included each and every fact or matter observed by me or known to other government agents.

4. I am personally familiar with the facts and circumstances surrounding this investigation both from my own investigative activity and from information obtained by other federal agents for the DSS and for the DEA who are participating in this investigation and have communicated the results of their observations to me.

### Details Of Investigation

5. On or about June 22, 2005, Special Agents of the United States Department of State Diplomatic Security Service (DSS) and the United States Drug Enforcement Agency (DEA) conducted an undercover meeting between a DSS undercover agent (DSS UC) and Lewis Thurston a/k/a Louis Dyson (Thurston). The meeting occurred on the street in front of 200 Wedgefield Circle, New Castle, Delaware. During the meeting Thurston explained to the DSS UC what different types of documents he sold, including identity documents. The DSS UC agreed to purchase a set of documents, consisting of an altered Delaware birth certificate and two letters to support the identity of the birth certificate. The DSS UC told Thurston he needed the documents to get another identity document; Thurston agreed that the documents he would provide the DSS UC could be used to obtain a State of Delaware driver's license. A price of $400.00 United States Dollars (USD) was agreed upon for the documents, and the DSS UC made a down payment of $250.00 USD. Thurston agreed to call the DSS UC once the documents were ready.

1

6. On or about June 28, 2005, after a phone call to confirm the time and location of the meeting, the DSS UC met with Thurston on the street in front of                    Wilmington, Delaware. During the meeting Thurston gave the DSS UC an altered Delaware birth certificate in the name of an individual with the initials M.A.P born         1970, a bill from Christiana medical center in the same name, and a un-employment benefits statement in the same name. In return the DSS UC paid Thurston the balance of $150.00 USD to complete the transaction.

7. On or about July 14, 2005, after a phone call to confirm the time and location of the meeting, the DSS UC met with Thurston at T.G.I.Friday's restaurant on Route 13 in New Castle, Delaware. During the meeting the DSS UC expressed interest in obtaining a United States Passport. Thurston offered to sell the DSS UC a set of un-altered, real documents for $1,500.00 USD. Thurston explained that these documents could be used to apply for, and obtain, a United States Passport. Thurston offered to complete and turn in the passport application for the DSS UC once the DSS UC had obtained a driver's license. The DSS UC agreed to purchase a set of real documents for $1,500.00 USD, and made a down payment to Thurston of $700.00 USD. Thurston agreed to call the DSS UC when the documents were ready.

8. On or about August 5, 2005, after a phone call to confirm the time and location of the meeting, the DSS UC met with Thurston on the street in front of 200 Wedgefield Circle, New Castle, Delaware. During the meeting Thurston gave the DSS UC one un-altered Delaware birth certificate of an individual with the initials D.D.P born         '1975 and one social security card in the same name. Thurston explained that the DSS UC was to use these documents to apply for and obtain a driver's license in a state other than Delaware. With the driver's license, and the documents, Thurston explained that the DSS UC could then apply for and obtain a United States Passport. In return for the documents the DSS UC paid Thurston $500.00 USD of the remaining $800.00 USD owed for the documents. The DSS UC explained that he had a friend that was interested in purchasing a set of documents for the same purpose. Thurston agreed to sell the DSS UC another set of un-altered identity documents at a future date.

9. On or about September 1, 2005, after a phone call to confirm the time and location of the meeting the DSS UC, along with a second DSS Agent acting in an under cover capacity, met with Thurston at Wal-Mart located on Wilton Boulevard at Rte 13 and Rte 40, New Castle, Delaware. During the meeting Thurston gave the DSS UC an un-altered birth certificate with the initials S.L.D born         '1978. In return the DSS UC paid Thurston $1,500 USD. During the meeting, Thurston stated that the documents he was providing were of sufficient quality to allow the second DSS Agent to obtain a passport and discussed the process by which a passport could be obtained. Thurston was arrested without incident after the purchase of documents. Thurston was read his Miranda warnings by law enforcement officers and agreed to speak with law enforcement. Thurston admitted to participating in the above meetings with DSS UC Agents. Thurston also admitted that he sells altered and un-altered identity documents for the purposes of assisting others to obtain state identification documents and passports.

10. Based on these facts your affiant respectfully requests the court to find probable cause to issue a criminal complaint against Lewis Thurston a/k/a Louis Dyson for violation of

Title 18 United States Code, Sections 1028 (a) (7) and (b)(1)(A) & (D).

*[signature]*
Stephen Nagy
Special Agent of the Department of State
Diplomatic Security Service

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 2ND DAY OF
SEPTEMBER, 2005.

*[signature]*
United States ~~Magistrate~~ District Judge
~~Mary Pat Thynge~~
Kent A. Jordan