IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-81 |
| LEWIS THURSTON<br>aka Louis Dyson, | : |  |
| Defendant. | : | |

## INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about June 28, 2005, in the District of Delaware, the defendant, LEWIS THURSTON, knowingly transferred and used, in and affecting interstate commerce, and without lawful authority, a means of identification of another person, to wit, a State of Delaware birth certificate, with the intent to aid and abet unlawful activity that constitutes a felony violation of the laws of the State of Delaware, to wit, Title 21, Delaware Code, Section 2752, which prohibits making any false affidavit or knowingly swearing or affirming falsely to any matter or thing required to be sworn or affirmed in connection with an application for a Delaware driver's license, and as a result of this offense, the defendant obtained more than $1,000 in a one year period, all in violation of Title 18, United States Code, Sections 1028(a)(7) and (b)(1)(A) & (D).



FILED

SEP 6 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COUNT TWO

On or about August 5, 2005, in the District of Delaware, the defendant, LEWIS THURSTON, knowingly transferred and used, in and affecting interstate commerce, and without lawful authority, a means of identification of another person, to wit, a State of Delaware birth certificate and a social security card, with the intent to aid and abet unlawful activity that constitutes a felony violation of federal law, to wit, Title 18, United States Code, Section 1542, which prohibits the willful and knowing making of any false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, and as a result of this offense, the defendant obtained more than $1,000 in a one year period, all in violation of Title 18, United States Code, Sections 1028(a)(7) and (b)(1)(A) & (D).

## COUNT THREE

On or about September 1, 2005, in the District of Delaware, the defendant, LEWIS THURSTON, knowingly transferred and used, in and affecting interstate commerce, and without lawful authority, a means of identification of another person, to wit, a State of Delaware birth certificate, with the intent to aid and abet unlawful activity that constitutes a felony violation of federal law, to wit, Title 18, United States Code, Section 1542, which prohibits the willful and knowing making of any false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, and as a result of this

offense, the defendant obtained more than $1,000 in a one year period, all in violation of Title 18, United States Code, Sections 1028(a)(7) and (b)(1)(A) & (D).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Leonard P. Stark
Assistant United States Attorney

Dated: September 6, 2005