*Filed In Open Court 2/22/06* (MTC)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-81-KAJ |
| | ) |
| LEWIS THURSTON, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, and hereby moves this Honorable Court to dismiss Counts One and Three of the Indictment in the above-captioned case pursuant to the Memorandum of Plea Agreement entered in this case on November 22, 2005.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Adam
for Leonard P. Stark
Assistant United States Attorney

Dated: February 22, 2006

\* \* \*

AND NOW, upon the foregoing motion, **IT IS SO ORDERED** this 22nd day of February, 2006.

_____
THE HONORABLE KENT A. JORDAN
UNITED STATES DISTRICT JUDGE