IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>              )<br>     Plaintiff,    )<br>              )<br>v.           )<br>              )<br>LEWIS THURSTON,    )<br>              )<br>     Defendant.    ) | Criminal Action No. 05-81-KAJ |

### ORDER

At Wilmington this 8th day of March, 2006

IT IS HEREBY ORDERED that defendant, Lewis Thurston, shall report to the U. S. Marshal to commence his sentence on March 8, 2006.

_____
UNITED STATES DISTRICT JUDGE