PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Criminal Action No. 1:05CR00081-001 (KAJ) |
| Lewis Thurston, | ) ) ) |
| Defendant. | ) |

### Petition on Probation and Supervised Release

COMES NOW Frank J. Kurzeknabe Probation Officer of the Court presenting an official report upon the conduct and attitude of Lewis Thurston, who was placed on supervision by the Honorable Kent A. Jordan, sitting in the court at Wilmington, Delaware on the 22 day of February 2006, who fixed the period of supervision at Three Years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1) The defendant shall provide the probation officer with access to any requested financial information and shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
2) The defendant shall be placed on home incarceration for a period of four months, to commence within one week of release from incarceration.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**PRAYING THAT THE COURT WILL ORDER** ...That the following special condition be imposed: " the defendant shall abstain from the use of any alcoholic beverages and shall submit to alcohol testing at the direction of the probation officer. The defendant shall also participate in any drug and/or alcohol program which may include testing at the direction of the probation officer".

ORDER OF COURT

So ordered this 12th day
of October 2006.

_____
U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U.S. Probation Officer

Executed on

Place    Wilmington, Delaware

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## District of Delaware

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall abstain from the use of any alcoholic beverages and shall submit to alcohol testing at the direction of the probation officer. The defendant shall also participate in any drug and/or alcohol program which may include testing at the direction of the probation officer.

Witness: _____   Signed: _____
U.S. Probation Officer                              Probationer or Supervised Releasee

_____
DATE